UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTON CLIFFORD,<br>an individual,<br><br>　　Plaintiff,<br><br>v.<br><br>STARS OIL INC.,<br>A domestic corporation,<br><br>　　Defendant. | CIVIL ACTION<br><br>FILE No. 1:22-cv-00820-JPB |

**JOINT STIPULATION TO APPROVE CONSENT DECREE
AND TO DISMISS WITH PREJUDICE**

Plaintiff, Anton Clifford ("Plaintiff") and Defendant Stars Oil, Inc. ("Defendant") (collectively, the "Parties") hereby file the foregoing Joint Stipulation seeking the Court's Approval of the Parties' Consent Decree and to Dismiss the instant matter with Prejudice. In support thereof, the Parties show the Court as follows:

1.　　Plaintiff filed the instant cause of action alleging that a certain Facility and Property owned and/or operated by Defendant (as defined in Plaintiff's Complaint, Doc. 1) violated Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq.*

1

2. The matters raised by Plaintiff's Complaint have been resolved in accordance with the Consent Decree ("Agreement") attached hereto as Exhibit "A."

3. The Consent Decree attached to the foregoing Stipulation as Exhibit A represents an agreement in which Defendant has undertaken to modify the Facility and Property at issue in this case to conform to the 2010 ADAAG standards to the maximum readily achievable extent, promoting wheelchair accessibility for disabled individuals, and is in the public interest. "District courts should approve consent decrees so long as they are not unconstitutional, unlawful, unreasonable, or contrary to public policy." *Stovall v. City of Cocoa*, 117 F.3d 1238, 1240 (11th Cir. 1997).

4. As such, Plaintiff has in part brought this action in the interest of similarly situated disabled persons in his community, and the Parties have entered the Agreement with the intent of precluding unnecessary and duplicative future litigation concerning the same claims. *See Harty v. Ehden, N.V.*, 2012 WL 2312044 (S.D. Fla. 2012).

5. In accordance therewith, the Parties request that the Court review, approve and ratify the Agreement.

6. Additionally, the Parties request the Court retain jurisdiction to enforce the terms of the Agreement. *See American Disability Ass'n, Inc. v. Chmielarz*, 289 F.3d 1315, 1320 (11th Cir. 2002) ("[I]f the district court either incorporates the terms

of a settlement into its final order of dismissal *or* expressly retains jurisdiction to enforce a settlement, it may thereafter enforce the terms of the parties' agreement").

7. This Agreement is conditioned upon the Court's retaining jurisdiction to enforce said Agreement.

8. As part of the Agreement reached between the Parties, they have agreed to dismiss this case with prejudice. Accordingly, the Parties request, upon the Court's review, approval and ratification of the Agreement, that this action be dismissed with prejudice.

9. Except as otherwise stated in the Agreement, each party shall bear their own fees and costs.

WHEREFORE, the Parties respectfully request that the Court enter an Order approving the attached Agreement, dismissing the claims asserted by Plaintiff against Defendant with prejudice, and retaining jurisdiction to enforce the Agreement.

Dated: October 5, 2022.

Respectfully submitted,

/s/ *Julie McCollister*
Julie McCollister
Georgia Bar No. 450726
McCOLLISTER LAW, LLC
P.O. Box 2525

Blairsville, GA  30514
Tel: (706) 745-0057

jbmccollister@gmail.com

/s/ *Roy Banerjee*
Roy Banerjee
Georgia Bar No. 035917
Blaine Allen
Georgia Bar No. 523818
Kumar, Prabhu, Patel & Banerjee, LLC
One Lakeside Commons, Ste. 800
990 Hammond Drive, N.E.
Atlanta, Georgia, 30328
Tel: (678) 443-2220
Fax: (678) 443-2230
rbanerjee@kppblaw.com
ballen@kppblaw.com

## CERTIFICATE OF SERVICE

I certify that on October 5, 2022, I filed the within and foregoing Stipulation to Approve Consent Decree and Dismiss with Prejudice using the CM/ECF System for the federal District Court for the Northern District of Georgia, resulting in a true and correct copy of the same to be served via electronic mail as follows:

> Roy Banerjee
> Blaine Allen
> rbanerjee@kppblaw.com
> ballen@kppblaw.com

> /s/ *Julie McCollister*
> Julie McCollister

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Times New Roman and a point size of 14.

> /s/ *Julie McCollister*
> Julie McCollister