UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTON CLIFFORD,<br>an individual,<br><br>    Plaintiff,<br><br>v.<br><br>STARS OIL INC.,<br>A domestic corporation,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION<br>)<br>)  FILE No. 1:22-cv-00820-JPB<br>)<br>)<br>)<br>)<br>) |

## ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANT WITH PREJUDICE

The Court, having read and reviewed the parties' Joint Stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit A, and for good cause shown, the Joint Stipulation for Approval of Consent Decree and to Dismiss with Prejudice is **GRANTED**. The Court shall retain jurisdiction to enforce the Consent Decree. Each party shall bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

**SO ORDERED**, this 6th day of October, 2022.

_____
The Honorable J. P. Boulee
United States District Judge